UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Garner Properties & Management, LLC,

    Plaintiff(s),

vs                                                       Case No: 17-11439
                                                              Honorable Victoria A. Roberts

Marblecast of Michigan, Inc., et al.,

    Defendant(s),
_____/

## **ORDER OF DISMISSAL**

    The parties advised the Court that they amicably resolved their differences.  Accordingly,

    This case is DISMISSED.  The Court retains jurisdiction for purposes of enforcing the settlement.

    IT IS ORDERED.

                                                                    s/ Victoria A. Roberts
                                                                    Victoria A. Roberts
                                                                    United States District Judge

Dated: 9/25/2020